ACCEPTED
03-15-00314-CV
7757032
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/10/2015 9:36:43 AM
JEFFREY D. KYLE
CLERK

**No. 03-15-00314-CV**

IN THE

COURT OF APPEALS FOR THE THIRD DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/10/2015 9:36:43 AM
JEFFREY D. KYLE
Clerk

CALIFORNIA INSURANCE GUARANTEE ASSOCIATION,
OKLAHOMA PROPERTY AND CASUALTY INSURANCE GUARANTY
ASSOCIATION, AND TEXAS PROPERTY AND CASUALTY INSURANCE
GUARANTY ASSOCIATION,

Appellants,

v.

HILL BROTHERS TRANSPORTATION, INC.,

Appellee.

*Appeal from the 201st Judicial District Court, Travis County, Texas*
*The Honorable Lora Livingston, Judge Presiding*

_____

## APPEARANCE AND DESIGNATION OF NEW LEAD COUNSEL

NOW COMES Hill Brothers Transportation, Inc., Appellee in the above-entitled and numbered appeal, and files this Appearance and Designation of New Lead Counsel pursuant to Texas Rule of Appellate Procedure 6.1, and in support thereof shows the Court the following:

Patrick J. Pearsall is no longer with the firm of Duggins Wren Mann & Romero, LLP. Marnie A. McCormick hereby appears as new lead counsel on behalf of Hill Brothers Transportation, Inc., in the above-entitled and numbered appeal. In compliance with Texas Rule of Appellate Procedure 6.1(c), Appellee offers the following contact information:

Marnie A. McCormick
State Bar No. 00794264
Duggins Wren Mann & Romero, LLP
P. O. Box 1149
Austin, Texas 78767-1149
Tel:    512-744-9300
Fax:    512-744-9399

Respectfully submitted,

**DUGGINS WREN MANN & ROMERO, LLP**

By:    */s/ Marnie A. McCormick*

Marnie A. McCormick
State Bar No. 00794264
mmccormick@dwmrlw.com
Adrian R. Ciechanowicz
State Bar No. 24045659
aciechanowicz@dwmrlaw.com
P. O. Box 1149
Austin, Texas 78767-1149
(512) 744-9300
(512) 744-9399 *fax*

**ATTORNEYS FOR APPELLEE
HILL BROTHERS TRANSPORTATION,
INC.**

APPROVED:

Patrick J. Pearsall
State Bar No. 24047492

2

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 9.5, I certify that on the 10th day of November, 2015, the foregoing document was electronically filed with the Clerk of the Court using the electronic case filing system of the Court, and that a true and correct copy was served on the following lead counsel for all parties listed below via electronic service:

Dan Price
STONE LOUGHLIN & SWANSON, LLP
P. O. Box 30111
Austin, Texas 78755
dprice@slsaustin.com
*Counsel for Appellants*

*/s/ Marnie A. McCormick*
Marnie A. McCormick